No. 337. SOUTHERN CALIFORNIA EDISON Co. *v.* RAILROAD COMMISSION OF CALIFORNIA ET AL. October 21, 1929. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Roy V. Reppy, W. C. Mullendore,* and *E. W. Cunningham* for petitioner. *Messrs. Arthur T. George* and *W. B. Mathews* for respondents.

No. 342. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. Co. *v.* KANE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. A. N. Whitlock* for petitioner. *Mr. H. Lowndes Maury* for respondent.

No. 346. SECURITY TRUST Co. ET AL. *v.* BAER. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Max Isaac* and *James W. Ewing* for petitioners. *Messrs. J. Bernard Handlan* and *Charles J. Schuck* for respondent.

No. 348. OHIO CLOVER LEAF DAIRY Co. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Harry J. Gerrity* and *E. J. Marshall* for petitioner. *Solicitor General Hughes* and *Messrs. Sewall Key, John G. Remey,* and *W. Marvin Smith* for respondent.

No. 354. SIMMONS Co. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Phillips Ketchum* for petitioner.